[No. 38113-3-II.   Division Two.   August 11, 2009.]

STIERS, INC., *Respondent*, v. JARA, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-03798-9, John P. Wulle, J., entered July 3, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38963-1-II.   Division Two.   August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD FITCHITT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00015-1, Toni A. Sheldon, J., entered October 24, 2008. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26857-8-III.   Division Three.   August 11, 2009.]

*In the Matter of the Marriage of* CARLEE JEANNE RAYMOND, *Respondent*, and JOHN DUANE RAYMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-3-01266-4, Salvatore F. Cozza, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27138-2-III.   Division Three.   August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VASILIY PETROVICH GAYDARZHI, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00698-1, Tari S. Eitzen, J., entered May 19, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.